1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7368
7      Facsimile: (415) 436-7234
       E-Mail: lowell.powell2@usdoj.gov
8
   Attorneys for the United States of America
9
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13
14  UNITED STATES OF AMERICA,        )   No. CR 11-680 WHA
                                     )
15       Plaintiff,                  )
                                     )
16       v.                          )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER EXCLUDING TIME UNDER 18**
17  DANIEL GONZALEZ VENEGAS,         )   **U.S.C. § 3161**
                                     )
18                                   )
         Defendant.                  )
19  _____)

20
21       On October 18, 2011, the parties in this case appeared before the Court. At that time, the

22  Court set the matter to November 15, 2011. The parties have agreed to exclude the period of

23  time between October 18, 2011 and November 15, 2011, from any time limits applicable under

24  18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the

25  reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. §

26  3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

27  exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

28  \\\

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0680 WHA

1  18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this
2  agreement. SO STIPULATED:

                                         MELINDA HAAG
                                         United States Attorney

6  DATED: October 20, 2011                         /s/
                                         LOWELL C. POWELL
7                                          Special Assistant United States Attorney

9  DATED: October 20, 2011                         /s/
                                         JODI LINKER
10                                          Attorney for DANIEL GONZALEZ VENEGAS

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0680 WHA

|     |     |
| --- | --- |
| 1 | [PROPOSED] ORDER |
| 2 | For the reasons stated above and at the October 18, 2011 hearing, the Court finds that the |
| 3 | exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 18, |
| 4 | 2011 through November 15, 2011 is warranted and that the ends of justice served by the |
| 5 | continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 |
| 6 | U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the |
| 7 | reasonable time necessary for effective preparation, taking into account the exercise of due |
| 8 | diligence.  18 U.S.C. §3161(h)(7)(B)(iv). |

IT IS SO ORDERED.

DATED: October 20, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0680 WHA